UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:13-CR-35-KKC** |
| **Plaintiff,** | |
| V. | **ORDER** |
| **MICHAEL MEANS,** | |
| **Defendant.** | |

This matter is before the Court on Magistrate Judge Robert E. Wier's Recommended Disposition. (DE 43). Defendant Michael Means was originally convicted of theft from a federally licensed firearm dealer and sentenced to twenty-four months incarceration followed by three years of supervised release. (DE 28). The United States Parole Office ("USPO") issued a Supervised Release Violation Report on January 2, 2018 and a hearing was set before the Magistrate Judge. The Report alleged three violations: Means failed to (1) make restitution payments or (2) complete required monthly reports, and (3) pay restitution as directed by USPO. (DE 37). The Magistrate Judge found violation number two proven and dismissed violations one and three as withdrawn. Pursuant to 18 U.S.C. § 3583(e)(2), the Magistrate Judge recommended the Court continue Defendant's supervision term on the conditions and for the duration previously imposed, with the following modifications:

1. Defendant is placed on home detention for 30 days. Meaning that Defendant should remain within the four walls of his home at all times, except when the USPO pre-approves him leaving, on a set schedule, for any reason the USPO deems appropriate (such as legitimate family reasons, to meet with his lawyer, to go to medical appointments, for schooling, to complete the below-imposed community service, etc.). The only exception is in the case of a true medical emergency, requiring Defendant's,

or a member of his household's, transportation to a local hospital via ambulance. In such a circumstance, he may go without leave, but he still must contact the USPO as soon as possible thereafter to take further instruction.

2. Defendant shall promptly complete 20 hours of community service, on a schedule and at opportunities that the USPO sets and coordinates.

3. Defendant, beginning with February 2018, shall be placed on a monthly payment schedule. To start, Defendant shall pay a minimum of $50 per month toward his restitution obligation, subject to the USPO investigating Defendant's family situation (including total household income) and Defendant's disability benefit receipt status. This minimum amount is subject to adjustment as Defendant's circumstances change and warrant. The USPO shall keep the Court apprised of Means's compliance, any changes, and any recommended modification of payment terms. Each month, starting February 2018, shall include the obligation.

The Magistrate Judge advised the parties that they had fourteen days in which to file objections to the recommendation. (DE 43, at 7). Neither party has filed objections and Defendant has filed a waiver of his right of allocution. (DE 44). Accordingly, the Court **HEREBY ORDERS**:

1. the Magistrate Judge's Recommended Disposition (DE 43) is **ADOPTED** as and for the opinion of the Court;

2. a judgment shall be entered consistent with this Order.

Dated February 9, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY